UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMJAD JARAYSAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-665-LRH-LRL |
| | ) |
| ALBERTO GONZALES, U.S. Attorney General, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND
ORDER EXTENDING TIME
FOR UNITED STATES TO FILE RESPONSES**

**(First Request)**

COMES NOW the United States of America, the Federal Defendant herein, by Gregory A. Brower, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, and Seth L. Reszko, Counsel for Plaintiff Amjad Jaraysah, and stipulate that the United States be granted an extension of time, up to and including Monday, February 4, 2008, to file responses to Plaintiff's Emergency Motion for Order

to Show Cause Why Defendants Should Not be Held in Contempt of Court and Motion to Enjoin or Stay Removal Proceedings (Docket No. 17), Emergency Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt of Court (Docket No. 18), and Motion for Relief From Judgment or Order (Docket No. 19).

This Stipulation is entered into at the request of the Federal Defendant for the following reasons.

1. On January 18, 2008, this Court ordered Defendants to "file their responses to motions #17, #18, and #19 on or before Monday, January 28, 2008 ... ."

2. The undersigned Assistant United States Attorney has been out of the office much of the week of January 22, 2008 tending to personal matters.

3. As a result, Government counsel is not be in a position to file responses on or before Monday, January 28, 2008.

4. Government counsel, therefore, requests a one-week extension of time, up to and including February 4, 2008, to file responses.

5. There has been no previous request for extension of time regarding this matter.

6. This Stipulation is entered into in good faith and not for purposes of delay.

WHEREFORE, the Parties respectfully request that this Court extend the time, up to and including Monday, February 4, 2008, for the Federal Defendant to file responses to Plaintiff's Emergency Motion for Order to Show Cause Why Defendants Should

2

1  Not be Held in Contempt of Court and Motion to Enjoin or Stay
2  Removal Proceedings (Docket No. 17), Emergency Motion for Order
3  to Show Cause Why Defendants Should Not Be Held in Contempt of
4  Court (Docket No. 18), and Motion for Relief From Judgment or
5  Order (Docket No. 19).
6      DATED this _____ day of January, 2008.
7  Respectfully submitted,     Respectfully submitted,
8                                 GREGORY A. BROWER
                               United States Attorney
9
                               /s/ CARLOS A. GONZALEZ
10 SETH L. RESZKO, ESQ.       CARLOS A. GONZALEZ
   Attorney for Plaintiff     Assistant United States
11 AMJAD JARAYSAH                Attorney
                               Attorney for Defendants
12
                               OF COUNSEL:
13
                               David L. Peters, ARC
14                                Dept. Of Homeland Security
15
16
17                                IT IS SO ORDERED:
18
19
20
21                                _____
                               LARRY R. HICKS
22                                UNITED STATES DISTRICT JUDGE
23                                DATED: January 29, 2008
24
25
26