UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| AMJAD JARAYSAH, | ) | |
| | ) | 2:07-cv-00665-LRH-LRL |
| Plaintiff, | ) | |
| | ) | MINUTES OF THE COURT |
| vs. | ) | |
| | ) | February 26, 2008 |
| ALBERTO GONZALES, U.S. Attorney | ) | |
| General, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:

THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Before the court is Plaintiff's Emergency Motion for Order to Show Cause Why Defendants Should Not be Held in Contempt of Court and Motion to Enjoin or Stay Removal Proceedings (#17), Plaintiff's Motion for Sanctions Against the Defendants (#18), and Plaintiff's Motion for Relief from Judgment or Order (#19).  Defendants have responded (#24) and also filed a Supplemental Filing to Defendants' Response to Emergency Motion for Order to Show Cause Why Defendants Should Not be Held in Contempt of Court and Motion to Enjoin or Stay Removal Proceedings (#25).

It appearing that removal proceedings initiated against Plaintiff in early January 2008 were the product of miscommunication between governmental departments, that deportation proceedings were thereafter dismissed on February 1, 2008, and that a new decision on Plaintiff's naturalization petition is pending, the substantive purposes sought by Plaintiff's motions have been achieved.

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Emergency Motion for Order to Show Cause (#17) is denied as moot, Plaintiff's Motion for Sanctions (#18) is denied, and Plaintiff's Motion for Relief from Judgment or Order (#19) is denied as moot.

LANCE S. WILSON, CLERK

By:         /s/
            Deputy Clerk